**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RENTAL CAR INTERMEDIATE | ) Bk. No. 20-11247-MFW |
| HOLDINGS, LLC, | ) BK. BAP No. 25-47 |
| | ) |
| Debtor. | ) |
| | ) |
| 900 ATLANTICE COLLISON INC., et al., | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Civil Action No. 25-1268-MN |
| | ) |
| RENTAL CAR INTERMEDIATE | ) |
| HOLDINGS, LLC, | ) |
| | ) |
| Appellee. | ) |
| | ) |

**<u>ORDER</u>**

At Wilmington, Delaware, this **13th day of January 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on December15, 2025, to further confer with

counsel for all parties;

WHEREAS following that conference the parties further conferred and submitted a

further status report to the Court;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely

that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.


_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE