IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: RENTAL CAR INTERMEDIATE HOLDINGS, LLC, <br><br> Debtor. | ) ) ) ) ) ) Chapter 11 <br> Bk. No. 20-11247 (MFW) <br> BK. BAP No. 25-47 |
| 900 ATLANTICE COLLISON INC., et al., <br><br> Appellants, <br><br> v. <br><br> RENTAL CARE INTERMEDIATE HOLDINGS, LLC, <br><br> Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-1268 (MN) |

**ORDER**

At Wilmington, this 21st day of January 2026;

WHEREAS, on January 13, 2026, Magistrate Judge Christopher J. Burke issued an Order (D.I. 10) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before February 4, 2026, the parties shall submit a proposed briefing schedule.

                                           *Maryellen Noreika*
                                           The Honorable Maryellen Noreika
                                           United States District Judge